UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MACKINTOSH,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK,<br>Defendant. | Case No. 18-cv-03348-SK<br><br>**ORDER DISMISSING CASE**<br><br>Regarding Docket Nos. 16, 17 |

On July 13, 2018, this Court issued an order granting Defendant JPMorgan Chase Bank's motion to dismiss with leave to amend. (Dkt. 15.) The Court gave Plaintiff Douglas Mackintosh a deadline of August 3, 2018 to file a first amended complaint. On August 6, 2018, Defendant filed a proposed judgment in favor of Defendant in light of Plaintiff's failure to file a first amended complaint. (Dkt. 16.) The Court treated Defendant's proposed judgment as an administrative motion and gave Plaintiff four days in which to submit a response as to why Defendant's request should not be granted or face dismissal with prejudice. (Dkt. 17.) Four days passed, but Plaintiff did not submit a response. Therefore, the Court dismisses this action with prejudice.

**IT IS SO ORDERED**.

Dated: August 14, 2018

_____
SALLIE KIM
United States Magistrate Judge